UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:10-24077-CIV-MARTINEZ-DUBÉ**

MARIA R. MARTINEZ,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on Defendants' motions to remand and Defendants' motion to withdraw. The Magistrate Judge filed a Report and Recommendation (D.E. No. 19), recommending that Defendant's motion to withdraw as to its first motion to remand be granted and that the first filed motion to remand be denied. In addition, Magistrate Judge Dubé recommended that the second motion to remand also be denied. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

    **ADJUDGED** that United States Magistrate Judge Dubé's Report and Recommendation **(D.E. No. 10)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

    1.    Defendant's Motion to Withdraw Motion for Sentence Six Remand (D.E. No. 16) is **GRANTED**, and Defendant's Motion for Remand (D.E. No. 9) is **DENIED** as

       **MOOT**.

2. Defendant's Motion for Sentence Four Remand (D.E. No. 15) is **DENIED**.

3. Defendant may have until **May 9, 2011** to file an Answer to Plaintiff's complaint and to file a certified transcript.

4. This case is referred back to Magistrate Judge Dubé pursuant to Administrative Order 2007-68.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of April, 2011.

 

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Dubé
All Counsel of Record